

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-10-00223-CR

_____


ALFRED MORELAND RODGERS, JR., Appellant

V.

THE STATE OF TEXAS, Appellee



On Appeal from the 6th Judicial District Court
Lamar County, Texas
Trial Court No. 23703



Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINON

Alfred Moreland Rodgers, Jr., appeals his conviction for possession of methamphetamine in an amount of four grams or more but less than 200 grams, and sentence of twelve years' imprisonment. His sole point of error on appeal complains that his open plea of guilty was involuntary because the trial court allegedly failed to accurately admonish him with regard to the applicable punishment range.

This same point of error was addressed in detail in our opinion of this date on Rodgers' appeal in cause number 06-10-00222-CR. For the reasons stated therein, we likewise conclude that the alleged error has not been preserved in this case.

We affirm the trial court's judgment.

Jack Carter
Justice

Date Submitted:    August 15, 2011
Date Decided:      August 17, 2011

Do Not Publish

2